IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SIGNET MARITIME CORPORATION** § § | | |
| Plaintiff, § § | **C.A. NO.: 1:24-cv-4** | |
| v. § § | **IN ADMIRALTY** | |
| **SHANGHAI MING WAH SHIPPING CO,** § *in personam,* **MV CHANG HANG HUI HAI,** § her engines, freights, apparel, § § Defendants. § | | |

### SIGNET MARITIME CORPORATION'S FINAL EXHIBIT LIST

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| P 1. | USCG 2692 (SIGNET000001 – 000003) | | | √ | 7/21/2025 |
| P 2. | Port of Brownsville Police Department Report (SIGNET000005 – 000006) | | | | |
| P 3. | SIGNET DEFENDER Near Miss Report (SIGNET000007 – 000008) | | | √ | 7/21/2025 |
| P 4. | Signet Witness Statements – SIGNET DEFENDER (SIGNET000009 – 000010) | | | √ | 7/21/2025 |
| P 5. | SIGNET MAGIC Near Miss Report (SIGNET000011 – 000012) | | | √ | 7/21/2025 |
| P 6. | Signet Witness Statements – SIGNET MAGIC (SIGNET000013 – 000015) | | | √ | 7/21/2025 |
| P 7. | SIGNET RANGER Near Miss Report (SIGNET000016 – 000017) | | | √ | 7/21/2025 |
| P 8. | Signet Witness Statements – SIGNET RANGER (SIGNET000018 – 000019) | | | √ | 7/21/2025 |

| | | | | | | |
|---|---|---|---|---|---|---|
| P 9. | SIGNET MAGIC Hot Work Permits (SIGNET000020 – 000021) | | | | | |
| P 10. | Rough Deck Notes (SIGNET000022) | | | | | |
| P 11. | SIGNET RANGER Engine Room Log Extract (SIGNET000023) | | | | | |
| P 12. | SIGNET RANGER Permit to Work (SIGNET000024) | | | | | |
| P 13. | SIGNET RANGER Repair Work Request (SIGNET000025) | | | | | |
| P 14. | SIGNET RANGER SITREP 1/31/2024 for Transit from Signet Brownsville to Drydock in Pascagoula, Mississippi (SIGNET000026) | | | | | |
| P 15. | Earl Hatfield Survey – Signet Timber Dock (SIGNET000028 – 000032) | | | √ | 7/21/2025 |
| P 16. | Earl Hatfield Survey – SIGNET DEFENDER (SIGNET000033 – 000036) | | | √ | 7/21/2025 |
| P 17. | Earl Hatfield Survey – SIGNET MAGIC (SIGNET000037 – 000040) | | | √ | 7/21/2025 |
| P 18. | Earl Hatfield Survey – SIGNET RANGER (SIGNET000041 – 000044) | | | √ | 7/21/2025 |
| P 19. | SIGNET COLUMBIA Marine Operation Logs (SIGNET000045 – 000062) | | | | | |
| P 20. | SIGNET COLUMBIA Voyage Plan from Ingleside, Texas to Signet Brownsville, Texas for Substitution of SIGNET RANGER (SIGNET000063 – 000068) | | | √ | 7/21/2025 |
| P 21. | SIGNET COLUMBIA Voyage Plan from Brownsville, Texas to Signet Ingleside, Texas After Completion of Repairs to SIGNET RANGER (SIGNET000069 – 000074) | | | | | |
| P 22. | SIGNET COLUMBIA Job Order Dated February 1, 2024 (SIGNET000075) | | | √ | 7/21/2025 |
| P 23. | Tex-Dive Underwater Dive Survey Report (SIGNET000076 – 000081) | | | √ | 7/21/2025 |
| P 24. | Tex-Dive Underwater Survey Video – SIGNET DEFENDER (SIGNET000338-000340) | | | √ | 7/21/2025 |

| | | | | | |
|---|---|---|---|---|---|
| P 25. | Tex-Dive Underwater Survey Video – SIGNET MAGIC (SIGNET000341-000342) | | | √ | 7/21/2025 |
| P 26. | Tex-Dive Underwater Survey Video – SIGNET RANGER (SIGNET000343-000345) | | | √ | 7/21/2025 |
| P 27. | Signet's Damage Claim Spreadsheet with Supports (SIGNET000382-000395) | | | √ | 7/21/2025 |
| P 28. | SIGNET RANGER Work List Form (SIGNET000092-000103) | | | | |
| P 29. | Hotel Receipts for Crewmember and Superintendent Lodging in Pascagoula, Mississippi (SIGNET000104-000107) | | | √ | 7/21/2025 |
| P 30. | McDonough Spacer Barge Quote (SIGNET000108-000109) | | | √ | 7/21/2025 |
| P 31. | Central Boat Spacer Barge Quote (SIGNET000110-000111) | | | √ | 7/21/2025 |
| P 32. | SIGNET RANGER – Engineer's Monthly Reports and Equipment Maintenance Records (SIGNET000112-000150) | | | | |
| P 33. | SIGNET RANGER – ABS Reports and Records (SIGNET000151-000169) | | | √ | 7/22/2025 |
| P 34. | Signet's Pictures of Allision and Damage (SIGNET000170-000178) | | | √ | 7/21/2025 |
| P 35. | Signet's Pictures of CHANG HANG HUI HAI (SIGNET000179-000192) | | | | |
| P 36. | Oceanus' Drydock Pictures from February 12, 2024 (SIGNET000193-000251) | | | √ | 7/21/2025 |
| P 37. | Oceanus' Drydock Pictures from February 19, 2024 (SIGNET000252-000337) | | | √ | 7/21/2025 |
| P 38. | Signet Invoice to Claimant for Emergency Assist and Rescue Following Allision (SIGNET000346) | | | √ | 7/21/2025 |
| P 39. | SIGNET DEFENDER Marine Operation Log Dated January 8, 2024 (SIGNET000347) | | | √ | 7/21/2025 |
| P 40. | SIGNET MAGIC Marine Operation Log Dated January 8, 2024 (SIGNET000348) | | | √ | 7/21/2025 |
| P 41. | SIGNET RANGER Marine Operation Log Dated January 8, 2024 (SIGNET000349) | | | √ | 7/21/2025 |

| | | | | | |
|---|---|---|---|---|---|
| P 42. | Itemized Invoice for Damages Claimed by Signet (SIGNET000350) | | | | |
| P 43. | S.R. Trident Inc. Proposal for In-Kind Dock Replacement (SIGNET000351-000353) | | | | |
| P 44. | E-mail Correspondence from Port of Brownsville to Signet (SIGNET000354) | | | √ | 7/21/2025 |
| P 45. | Signet Pre-Construction Notice to United States Army COE for 2008 Dock Construction (SIGNET000356-360) | | | √ | 7/21/2025 |
| P 46. | Signet Redacted Lease Agreement with Port of Brownsville (SIGNET000361-000379) | | | √ | 7/21/2025 |
| P 47. | Port of Brownsville License to Operate Granted to Signet Maritime (SIGNET000380-000381) | | | √ | 7/21/2025 |
| P 48. | Panagiotaraes C.V. | | | √ | 7/21/2025 |
| P 49. | Signet E-mail Correspondence with WTW (SIGNET000396-000397) | | | | |
| P 50. | Signet Pictures of Damage to Skeg of SIGNET RANGER (SIGNET000398-000401) | | | √ | 7/21/2025 |
| P 51. | CHHH CCTV Part 1 (CHHH475) | | | | |
| P 52. | CHHH CCTV Part 2 (CHHH476) | | | | |
| P 53. | SIGNET RANGER Loss of Use/Loss of Revenue Damage Support (SIGNET000402-000407) | | | √ | 7/21/2025 |