United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SIGNET MARITIME CORPORATION, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-04 |
| SHANGHAI MING WAH SHIPPING CO., *et al.*, | § § § § | |
| Defendants. | § | |

## NOTICE

At the conclusion of the bench trial in this matter, the Court established a deadline of August 29, 2025, for each party to file Proposed Findings of Fact and Conclusions of Law. On August 29, counsel for Signet Maritime Corporation communicated with the Court's Case Manager regarding unanticipated technical difficulties that precluded Signet from meeting the deadline. Signet filed its Proposed Findings of Fact and Conclusions of Law on September 1, 2025.

The Court finds that good cause excuses the delayed filing, and considers Signet's September 1 filing as timely.

Signed on September 2, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge