United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SIGNET MARITIME CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:24-CV-004 |
| § | |
| SHANGHAI MING WAH SHIPPING CO., § | |
| *in personam*, M/V CHANG HANG HUI HAI, § | |
| her engines, freights, apparel, § | |
| appurtenances, tackle, etc. *in rem*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law (Doc. 70), Final Judgment is entered in favor of Signet Maritime Corporation as to its causes of action against Shanghai Ming Wah Shipping Company. Accordingly, it is:

**ORDERED** that Signet Maritime Corporation shall recover $1,314,159.03 from Shanghai Ming Wah Shipping Company;

**ORDERED** that this Final Judgment shall bear prejudgment interest to accrue as simple interest at the rate of 4% on $883,204.86, beginning on January 8, 2024, through the date of this Final Judgment;

**ORDERED** that this Final Judgment shall bear prejudgment interest to accrue as simple interest at the rate of 4% on $345,963.17, beginning on February 1, 2024, through the date of this Final Judgment;

**ORDERED** that this Final Judgment shall bear prejudgment interest to accrue as simple interest at the rate of 4% on $84,991.00, beginning on June 1, 2024, through the date of this Final Judgment; and

**ORDERED** that this Final Judgment shall bear postjudgment interest at the statutory rate of 3.48% per annum from the date following this Final Judgment, until it is paid in full, for all of which execution shall issue.[1]

All other relief not expressly granted is denied.

This judgment is final, disposes of all parties and claims, and is appealable.

The Clerk of Court is directed to close this matter.

Signed on January 8, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge

---

[1] *See* United States District & Bankruptcy Court, Southern District of Texas, Post-Judgment Interest Rates - 2026 (Jan. 2, 2025), https://www.txs.uscourts.gov/page/post-judgment-interest-rates-2026.